UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HUBER,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION; and CLEAR RECON CORP.,<br><br>    Defendants. | Case No. 17-cv-03864 NC<br><br>**ORDER REMANDING CASE TO SANTA CRUZ COUNTY SUPERIOR COURT**<br><br>Re: Dkt. No. 19 |

Presented to the Court is plaintiff's unopposed motion to remand this case back to Santa Cruz County Superior Court. Dkt. No. 19. "If at any time before final judgment it appears the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). In this case, the parties agree that the court presently lacks subject matter jurisdiction. Accordingly, the case is ordered remanded to Santa Cruz County Superior Court. No fees or costs are awarded in connection with the motion to remand. The Court does not rule on the pending motion to dismiss, Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: September 6, 2017                 _____
                                                            NATHANAEL M. COUSINS
                                                            United States Magistrate Judge

Case No. 17-cv-03864 NC